IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
JUN 25 2018
Clerk, U.S. District Court
District Of Montana
Helena

MOUNTAIN WEST FARM BUREAU
MUTUAL INSURANCE COMPANY,

Plaintiff,

vs.

MARK J. PIELOCH, CASEY LOREN McCORMICK (deceased) by K.L.M. and J.J.M., minor children and assignees of EMILY MARIE McCORMICK, surviving spouse, through their legally appointed co-conservators, JOHN PATRICK McCORMICK and SUSAN EMMA McCORMICK (co-personal representatives of CASEY LOREN McCORMICK Estate),

Defendants.

No. CV 18-32-H-SEH

ORDER

ORDERED:

1. Plaintiff's Motion to Dismiss Without Prejudice[1] is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

---

[1] Doc. 4.

2. The order to show cause hearing set for July 17, 2018, is VACATED.

DATED this 25th day of June, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge