UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARK J. PIELOCH, CASEY LOREN McCORMICK (deceased) by K.L.M. and J.J.M., minor children and assignees of EMILY MARIE McCORMICK, surviving spouse, through their legally conservators, JOHN PATRICK MCCORMICK and SUSAN EMMA MCCORMICK (co personal representatives of CASEY LOREN McCORMICK Estate),<br><br>Defendants. | Case No. CV-18-032-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 5) filed on June 25, 2018, this case is DISMISSED WITHOUT PREJUDICE.

Dated this 26th day of June, 2018.

TYLER P. GILMAN, CLERK

By: <u>/s/ Heidi Gauthier</u>
Heidi Gauthier, Deputy Clerk